**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

SAMUEL AWASOM,

Petitioner,

v.

WARDEN, Imperial Regional Detention Facility; PAMELA BONDI, U.S. Attorney General,

Respondents.

Case No.: 26cv1262 DMS JLB

**ORDER GRANTING PETITION**

In light of Respondents' Return to the Petition, the Court grants the Petition for Writ of Habeas Corpus and orders Respondents to release Petitioner forthwith and subject to 8 U.S.C. § 1231(a)(3) and 8 C.F.R. § 241.5(a). Respondents shall file a status report on or before **April 14, 2026**, confirming Petitioner has been released.

**IT IS SO ORDERED.**

Dated: April 7, 2026

Hon. Dana M. Sabraw
United States District Judge